## Case No. 17,259.

### WATERMAN v. MORGAN et al.

[N. Y. Times, Jan. 7, 1856.]

District Court, S. D. New York. 1856.

ADMIRALTY DECREE—EXCEPTIONS TO COMMISSIONER'S REPORT.

[The decree cannot be attacked by exceptions to the commissioner's report thereunder.]

[Libel by Robert H. Waterman against Charles Morgan and others. Heard on exceptions to the commissioner's report.]

Mr. Butler, for libelant.
Mr. Sherwood, for respondents.

HELD BY THE COURT [BETTS, District Judge]: That the decree cannot be impeached by means of exceptions to the report. That the commissioner is bound to conform to the decree, and all errors in that must be rectified by rehearing on appeal. That the commissioner has properly estimated the proofs and made the proper charges and credits in the cause. Exceptions overruled, and report confirmed, with costs.